**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 382 WAL 2016
                                          :
               Respondent      :
                                          :   Petition for Allowance of Appeal from
                                          :   the Order of the Superior Court
               v.                  :
                                          :
                                        :
FRANK D. CLEMENT,              :
                                        :
               Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.